UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAIAS HERNANDEZ, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BCI COCA-COLA BOTTLING COMPANY, and Does 1 through 50, inclusive,<br><br>Defendants. | Case No.  CV 11-09484 SVW (SSx)<br><br>**JUDGMENT**<br><br>Judge:   Hon. Stephen V. Wilson<br><br>Complaint Filed:  October 7, 2011 |

    The Motion for Summary Judgment of Defendant BCI Coca-Cola Bottling Company of Los Angeles ("Coca-Cola") against all causes of action alleged in the Complaint of Plaintiff Isaias Hernandez ("Plaintiff") was heard by this Court on April 9, 2012.  For the reasons stated in its Order dated April 12, 2012 [Docket No. 29], this Court granted Coca-Cola's Motion for Summary Judgment in its entirety. Accordingly:

    IT IS ORDERED AND ADJUDGED that Plaintiff take nothing by his

[PROP] JUDGMENT RE MSJ    CASE NO. CV 11-09484 SVW (SSx)

LITTLER MENDELSON
A Professional Corporation
2049 Century Park East
5th Floor
Los Angeles, CA  90067.3107
310.553.0308

Complaint, that this action be dismissed with prejudice on the merits, and that Coca-Cola recover its costs.

DATED: May 9, 2012

_____
HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

Firmwide:110480332.1 068212.1009

LITTLER MENDELSON
A Professional Corporation
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

[PROP] ORDER RE MSJ     2.     CASE NO. CV-11-09484 SVW (SSx)